# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ROBINSON, | : | |
| Plaintiff | : | NO. 1:16-CV-02222 |
| vs. | : | |
| BRIAN WHEARY, et al., | : | (Judge Rambo) |
| Defendants | : | |

# ORDER

**AND NOW**, **THEREFORE**, this ___ day of May, 2017, in accordance with the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion to proceed <u>in forma pauperis</u> (Doc. No. 2) is construed as a motion to proceed without full prepayment of the filing fee and is **GRANTED**;

2. Defendants' motion to dismiss (Doc. No. 10) is **Granted** as set forth below;

3. Plaintiff's complaint is **DISMISSED** for failure to comply with Fed. R. Civ. P. 8 and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) with leave to file an amended complaint, consistent with the background of this order,

within thirty (30) days of the date hereof;

4. The Amended complaint should be complete in all respect without reference to the original complaint filed by Plaintiff; and

5. If Plaintiff fails to file an amended complaint within thirty (30) days of the date hereof, the Clerk shall close this case without further order of Court.

Date: May 17, 2017                     S/Sylvia H. Rambo
                                       United States District Judge